1 THOMAS H. BILLINGSLEA, JR., TRUSTEE
MICHAEL KOCH, ESQ. #131892
2 530 B STREET, SUITE 1500
SAN DIEGO CA 92101
3 (619) 233-7525

4 CHAPTER 13 TRUSTEE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 04-05361-M-13 |
| Eve Manuel Garcia ) | |
| ) | EX-PARTE MOTION FOR RETENTION |
| ) | OF JURISDICTION |
| ) | |
| Debtor(s) ) | |
| _____) | |

     NOW COMES the Chapter 13 Trustee and moves the Court for an order providing the Court will retain jurisdiction after dismissal of this case for the purpose of hearing motions to bar the Debtor from re-filing another case for 180 days pursuant to §109(g), for imposition of sanctions pursuant to FRBP 9011, and for imposition of costs against the Debtor pursuant to §503.

     1. This case was filed on June 16, 2004. The First Meeting of Creditors was held on July 22, 2004, and has been continued to August 27, 2003. As the first meeting of creditors has not been concluded, there may be other objections filed by other creditors and or parties. The Chapter 13 Trustee's investigation of the Debtors financial affairs is ongoing.

     2. The Chapter 13 Trustee's is examining discrepancies in the social security number provided by the Debtor on the petition herein, and the social security number used by the Debtor on a recent loan application.

     3. Acknowledging that the Debtor can dismiss the case at any time prior to the filing of appropriate motions, the Chapter 13 Trustee seeks an order that in the event the Debtor voluntarily dismisses the case, jurisdiction will be retained by the Court for the purposes of

1

1  baring the Debtor from re-filing another case for 180 days pursuant to §109(g), for imposition of
2  sanctions pursuant to FRBP 9011, and for imposition of costs against the Debtor pursuant to
3  §503.

                                                  Respectfully submitted,

                                                  */s/ Michael Koch*

Date:   August 26, 2004              _____
                                                  Michael Koch, Attorney for the
                                                  Chapter 13 Trustee

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of eighteen and not a party to the within action. My business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 530 B Street, Suite 1500, San Diego California, 92101.

I served the following documents described as:

EX-PARTE MOTION FOR RETENTION
OF JURISDICTION

on the Debtor(s) in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, California, addressed as follows:

Michael Doan
Attorney at Law
2850 Pio Pico Dr Suite D
Carlsbad CA 92003

Eva Manuel Garica
1913 West Drive #16
Vista CA 92083

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: August 26, 2004
at San Diego, California

                              */s/ Michael Koch*

                              Michael Koch